| | |
|---|---|
| DISTRICT COURT, COUNTY OF EL PASO, STATE OF COLORADO<br><br>**Court Address:**<br>270 South Tejon Street<br>Colorado Springs, CO  80903<br>_____<br>**Plaintiff:**<br>**KIMBERLY GOODMAN**<br><br>**Defendant:**<br>**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**<br>_____<br>LeHOUILLIER & ASSOCIATES, PC<br>Patric J. LeHouillier, #7984<br>Benjamin P. Gifford, #43571<br>455 East Pikes Peak, Suite 103<br>Colorado Springs, CO 80903<br>*Attorney for the Plaintiff*<br>Telephone:   (719) 471-1330<br>Facsimile:    (719) 473-3292<br>Atty. Reg. #: 7984 | **EFILED Document**<br>**CO El Paso County District Court 4th JD**<br>**Filing Date: May 07 2013 03:56PM MDT**<br>**Filing ID: 52168205**<br>**Review Clerk: Rachael Maestas**<br><br><br><br>▲ COURT USE ONLY ▲<br>_____<br>Case No.<br><br><br><br><br>**Division No. :       Ctrm:** |
| **COMPLAINT** ||

COMES NOW, the Plaintiff, Kimberly Goodman, by and through her attorneys, LeHouillier & Associates, P.C., and hereby submits the following for her Complaint:

## JURISDICTION AND VENUE

1. Plaintiff is a resident of El Paso County.

2. The Defendant is an Illinois Corporation.  Its principal place of business is located at 1 State Farm Plaza, Bloomington, Illinois, 61710.

1

3. This case arises out of a motor vehicle collision which occurred in El Paso County, Colorado. The significant actions which gave rise to this Complaint occurred in El Paso County, Colorado.

## GENERAL ALLEGATIONS

4. At all times pertinent to this Complaint, the Plaintiff had automobile insurance policies with State Farm Mutual Automobile Insurance Company. The policies provide for uninsured/underinsured motorist coverage in the amount of three hundred thousand dollars.

5. On April 17, 2009, the Plaintiff was injured in a motor vehicle collision which occurred in the 2200 block of Templeton Gap Road in the city of Colorado Springs, El Paso County, state of Colorado. A copy of the accident report is attached as **Exhibit A**.

6. As a result of the accident, the Plaintiff sustained severe and permanent injuries to her chest and ribs, muscle tension headaches, cervical pain, upper thoracic and mid thoracic pain and stiffness, low back pain and bilateral arm pain and numbness. These injuries have resulted in medical expenses, pain and suffering and lost earnings and earning capacity. To some extent, these injuries are permanent and as a result, Plaintiff will continue to have these damages throughout her life.

7. The motor vehicle accident was not the fault of Mrs. Goodman; rather it was the fault of Nicholas E. Roddey, who had been driving carelessly.

8. On March 22, 2013, Plaintiff made a demand upon the Defendant for benefits pursuant to the uninsured/underinsured motorist coverage contained within her State Farm policies.

9. At the time of the accident, the vehicle Mr. Roddey was driving was insured with American Family Mutual Insurance Company. On March 21, 2013, the Plaintiff entered into a settlement with Mr. Roddey and American Family Mutual Insurance Company pursuant to which American Family Mutual Insurance Company paid its bodily injury policy limits of one hundred thousand dollars to resolve Plaintiff's claims against Mr. Roddey. The Defendants consented to settlement of the claims against Mr. Roddey and American Family Mutual Insurance Company.

10. On April 22, 2013, the Defendant denied Mrs. Goodman's claim for uninsured/underinsured motorist coverage benefits.

11. Plaintiff sustained damages as a result of Defendant's breach of it contractual obligation.

## FIRST CLAIM FOR RELIEF

## BREACH OF CONTRACT

12. Plaintiff reiterates, as though restated in full, those allegations set forth in paragraphs one through eleven of this Complaint.

13. By denying uninsured/underinsured motorist coverage benefits, the Defendant breached its insurance contract with the Plaintiff.

## SECOND CLAIM FOR RELIEF

## BAD FAITH BREACH OF INSURANCE CONTRACT

14. Plaintiff reiterates, as though restated in full, those allegations set forth in paragraphs one through thirteen of this Complaint.

15. The Defendant acted unreasonably in denying Plaintiff's claim for uninsured/underinsured motorist coverage.

16. The Defendant knew that its conduct was unreasonable or the Defendant recklessly disregarded the fact that its conduct was unreasonable.

17. The Defendant's unreasonable conduct was a cause of Plaintiff's damages and losses.

18. In denying the Plaintiff's claim for uninsured/underinsured motorist coverage benefits, the Defendant violated the unfair claims settlement practices subdivision of the Unfair Methods of Competition/Unfair or Deceptive Acts or Practices section of the Colorado Insurance Code, C.R.S. § 10-3-1104.  Specifically, the Defendant:

    A. Failed to adopt and implement reasonable standards for prompt investigation of claims arising under insurance policies.

    B. Refused to pay Plaintiff's claim without conducting a reasonable investigation based upon all available information.

    C. Failed to attempt in good faith to effectuate a prompt, fair and equitable settlement of a claim in which liability is clear.

      D.    Failed to acknowledge and act reasonably promptly upon communications with respect to claims arising under insurance policies.

19. Plaintiff sustained damages as a result of Defendant's bad faith breach of the insurance contract.

## THIRD CLAIM FOR RELIEF

## STATUTORY DAMAGES

20. Plaintiff reiterates, as though restated in full, those allegations set forth in paragraphs one through nineteen of this Complaint.

21. The Defendant unreasonably denied Plaintiff's claim for uninsured/underinsured motorist coverage benefits.

22. Pursuant to C.R.S. § 10-3-1115 and 10-3-1116, Plaintiff is entitled to double damages and attorney's fees on account of the Defendant's unreasonable denial of her claim for uninsured/underinsured motorist coverage benefits.

WHEREFOR, Plaintiff respectfully requests this Honorable Court enter Judgment in favor of the Plaintiff and against the Defendant in the amount of three hundred thousand dollars together with bad faith damages, double damages, attorney's fees, costs, interest, and such other and further relief as this Court deems just and proper under the circumstances.

Respectfully submitted this 7th day of May, 2013.

                                                      LeHOUILLIER AND ASSOCIATES, PC

                                                      **Duly signed original at the law office of LeHouillier and Associates , PC**

                                                      Patric J. LeHouillier, # 7984
                                                      *Attorney for the Plaintiff*

Plaintiff's Address:

4435 Sable Ridge Court
Colorado Springs, CO  80918

**EFILED Document**
**CO El Paso County District Court 4th JD**
**Filing Date: May 07 2013 03:56PM MDT**
**Filing ID: 52168205**
**Review Clerk: Rachael Maestas**

# EXHIBIT A

SuzyH

DR 2447 (03/03/06)
COLORADO DEPARTMENT OF REVENUE

MAIL TO: STATE OF COLORADO
MOTOR VEHICLE
TRAFFIC RECORDS
DENVER, CO 80261-0016

# STATE OF COLORADO TRAFFIC ACCIDENT REPORT

☐ AMENDED/SUPPL.   ☐ UNDER $1,000   ☐ COUNTER REPORT   ☐ PRIVATE PROPERTY   PAGE 1 OF 2 PAGES

| Field | Value |
|---|---|
| CDOT Code | |
| Case # | 09-03394 |
| HWY NUMBER | ☐ INTERSTATE HWY  ☐ STATE HWY  ☒ CITY ST/CNTY RD |
| Date of Accident | 04/17/2009 |
| City | Colo Spgs |
| Agency | CSPD |
| County | El Paso |
| Time (24 Hr.) | 1240 |
| Officer Number | 88 |
| Officer Name | Barress |
| Detail | Patrol |
| Number Killed | 00 |
| Number Injured | 00 |
| Location Route, Street, Road | 2200 Templeton Gap Rd | Miles 66 Feet | N☐ S☒ E☐ W☐ OF: | At: Light pole 1082 |
| Date of Report | 04/17/2009 |
| Investigated @ Scene | ☒ |
| Total Vehicles | 02 |
| District Number | 4A00 |
| Public Property/Employee | ☐ |
| Photos Taken | ☐ |
| Railroad Crossing Related | ☐ |
| Const. Zone Related | ☐ |
| Highway Interchg. Related | ☐ |
| Bridge Related | ☐ |

Traffic Unit # 1: ☒Veh. ☐Parked ☐Bicycle ☐Pedestrian ☐Non-Vehicle ☐Non-Contact Veh.
Traffic Unit # 2: ☒Veh. ☐Parked ☐Bicycle ☐Pedestrian ☐Non-Vehicle ☐Non-Contact Veh.

**Unit 1:**
- Last Name: Roddey
- First: Nicholas
- MI: E
- Street Address: 4855 Gordon Trl
- Personal Phone: (719) 331-7010
- City: Colo Spgs
- State: CO
- ZIP: 80918
- State: CO  Sex: M  DOB: 12/24/1982
- Primary Violation: Careless Driving
- Violation Code: 42-4-1402
- Citation Number: 2711014
- Common Code: 141
- Year: 1999  Make: GMC  Model: TK
- License Plate Number: 691-OZL  State: CO  Color: Red
- VIN: 2GTEK19T1X1503506
- Vehicle Owner Last Name: DeBakey  First: Samuel  MI: K
- Address: 1219 Aspen Ave  City: Colo Spgs  State: CO  ZIP: 80906
- Towed Due to Damage ☐ By: / To:

**Unit 2:**
- Last Name: Goodman
- First: Kimberly
- MI: J
- Street Address: 4435 Sable Ridge Ct
- Personal Phone: (719) 528-8225
- City: Colo Spgs
- State: CO
- ZIP: 80918
- Bus. Phone: (719) 473-0273
- Sex: F  DOB: 11/08/1962
- Primary Violation: None
- Year: 2007  Make: Lin  Model: Nav  Body Type: 4dr
- License Plate Number: 664RLF  State: CO  Color: White
- VIN: 5LMFU28577LJ09373
- Vehicle Owner: ☒Same
- Address: ☒Same
- Towed Due to Damage ☐ By: Randy's / To: Yard

**Damage diagrams:** 3 Severe (both vehicles)

| | Unit 1 | Unit 2 |
|---|---|---|
| Insurance Company | American Family | State Farm |
| Exp. Date | 07/26/2009 | 06/18/2009 |
| Policy Number | 0925-2592-16-95-FPA-CO | 80-9335-F18-06D |

| T.U.# | POS. | REST. | ENDO. | SAFETY EQUIP. | AIR BAG | EJECT | SUSPECTED ALCO | SUSPECTED DRUG | INJ. SEV. | AGE | SEX | NAME / ADDRESS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | 00 | 00 | B | 01,A | 01 | A | 00,00 | 00,00 | 26 | M | Driver #1 |
| 02 | 01 | 00 | 00 | B | 01,A | 01 | A | 00,00 | 00,00 | 46 | F | Driver #2 |

Approved By: ___  I.D. #: ___  Date: ___

PAGE 2 OF 2 PAGES

| Case # | DOR CODE | Accident Date | Agency |
|---|---|---|---|
| 09-03394 | | 04/17/2009 | CSPD |

**Describe Accident**

Vehicle #1 was in the 2200 hundred of Templeton Gap Rd crossing the north bound lanes of traffic to enter a Farm Crest Store when Vehicle #2 that was north bound on Templeton Gap Rd in the left traffic lane. The front of Vehicle #2 hit the passenger side of Vehicle #1. After impact Vehicle #1 turned in a clockwise direction 180°, facing westerly and came to a rest on top of a large decorative rock at the Templeton Gap Rd entrance to Farm Crest. Vehicle #2 came to rest against the east curb of the 2200 block of Templeton Gap Rd.

DRIVER'S STATEMENTS: See CSPD Driver Statement Forms

Witnesses: None

Injuries: None

On Scene Personnel: CSPD / CSFD #2

Roadway Description: North + South T. Gap Road has two lanes of traffic for each direction and a center turn lane

Point of Reference: Light pole 1087

P.O.I.: 66' S / 20' W

Weather: Snowing

Road Conditions: Wet, snow covered

Driver Violations: Careless Driving for driving across lanes of traffic without yielding right of way and Driver's License was denied.

| Carrier Name | | US DOT ☐ | ICC ☐ | State DOT ☐ |
|---|---|---|---|---|
| Address | | Carrier Identification # | | |
| Carrier Name | | US DOT ☐ | ICC ☐ | State DOT ☐ |
| Address | | Carrier Identification # | | |

# COLORADO SPRINGS POLICE DEPARTMENT
# TRAFFIC ACCIDENT DRIVER'S STATEMENT

ACCIDENT REPORT NUMBER  09-03394    VEHICLE #  1

## DRIVER & VEHICLE INFORMATION (on you and your vehicle)

- First Name: Nick
- Middle Name: Earl
- Last Name: Rodden
- Date of Birth: 12-24-82
- Address: 4855 Garden Trail Rd
- City: Co Spngs
- State: CG
- Zip Code: 80918
- Home Phone: (719) 321-7010
- Work Phone: same
- Driver License Number: [redacted]
- State: Co
- Vehicle License Plate Number: 691 OZL
- State: Co
- Veh. Yr.: 1999
- Vehicle Make: GMC
- Vehicle Model: Sierra
- Vehicle Color: Red
- Vehicle Identification Number: 2GTEK19T1X1503506
- Insurance Company: American Family
- Insurance Policy Number: N/A
- Ins. Policy Expiration Date:
- Ins. Co. Phone #:
- Vehicle Owner (if different than driver): Samuel Dobakes
- Address: 1219 Aspen Ave, Co Spring, Co 80906
- Phone Number: (719) 321-7010
- Seat Belt Used by Driver? ☑ YES ☐ NO
- Air Bag in Vehicle? ☑ YES ☐ NO
- Air Bag Deployed? ☐ YES ☑ NO
- Are you hurt? ☐ YES ☑ NO
- Your Estimated Speed? 15 mpg.

## DRIVER STATEMENT (your statement on what occurred)

**DESCRIBE EVENT** (USE BACK IF MORE ROOM IS NEEDED)

I was turning in to Fountcrest on Templeton Gap and she was driving north on Templeton and I didn't see her coming till I was all ready turning.

Driver's Signature:                         Date:

## PASSENGER INFORMATION (on passengers in your vehicle)

Pass. #1 Name: ___  Seat Belt Used? ☐ YES ☐ NO  Injury? None or describe below
Address: SAME or ___  Age: ___
Describe Where Seated: ___  Child Restraint Used? ☐ YES ☐ NO

Pass. #2 Name: ___  Seat Belt Used? ☐ YES ☐ NO  Injury? None or describe below
Address: SAME or ___  Age: ___
Describe Where Seated: ___  Child Restraint Used? ☐ YES ☐ NO

Pass. #3 Name: ___  Seat Belt Used? ☐ YES ☐ NO  Injury? None or describe below
Address: SAME or ___  Age: ___
Describe Where Seated: ___  Child Restraint Used? ☐ YES ☐ NO

Pass. #4 Name: ___  Seat Belt Used? ☐ YES ☐ NO  Injury? None or describe below
Address: SAME or ___  Age: ___
Describe Where Seated: ___  Child Restraint Used? ☐ YES ☐ NO

IF MORE THAN 4 PASSENGERS WRITE IN THE REQUIRED INFORMATION FOR EACH ADDITIONAL PASSENGER ON BACK

# COLORADO SPRINGS POLICE DEPARTMENT
# TRAFFIC ACCIDENT DRIVER'S STATEMENT

ACCIDENT REPORT NUMBER **09-03394**   VEHICLE # **2**

## DRIVER & VEHICLE INFORMATION (on you and your vehicle)

- **First Name:** Kimberly
- **Middle Name:** Jean
- **Last Name:** Goodman
- **Date of Birth:** 11/08/1962
- **Address:** 4435 Sable Ridge CT
- **City:** Colo Spgs
- **State:** CO
- **Zip Code:** 80918
- **Home Phone:** 5288225
- **Work Phone:** 4730273
- **State:** CO
- **Vehicle License Plate Number:** 664 RLF
- **State:** CO
- **Veh. Yr.:** 07
- **Vehicle Make:** Lincoln
- **Vehicle Model:** Navigator
- **Vehicle Color:** Silver
- **Vehicle Identification Number:** 5LMFU28577LJ09373
- **Insurance Company:** State Farm
- **Insurance Policy Number:** 809335F1806D
- **Ins. Policy Expiration Date:** 06/18/09
- **Ins. Co. Phone #:** 599-8200
- **Vehicle Owner (if different than driver):** Brian M Goodman
- **Address:** 4435 Sable Ridge, CT 80918
- **Phone Number:** 640-9549
- **Seat Belt Used by Driver?** ☒ YES ☐ NO
- **Air Bag in Vehicle?** ☒ YES ☐ NO
- **Air Bag Deployed?** ☒ YES ☐ NO
- **Are you hurt?** ☐ YES ☐ NO
- **Your Estimated Speed?** 25

## DRIVER STATEMENT (your statement on what occurred)

**DESCRIBE EVENT** (USE BACK IF MORE ROOM IS NEEDED)

Heading NE on T-Gap. Snowy/Icy conditions. Red GMC truck pulled out in front of me to go to Farm Crest. Since he didn't stop - I couldn't swerve to avoid him and hit the middle of his truck. When I got out of the truck I asked the driver why he pulled out and he said "he didn't see me".

Witnesses said he didn't stop at stop sign.

**Driver's Signature:** _____   **Date:** _____

## PASSENGER INFORMATION (on passengers in your vehicle)

| Pass. | Name | Seat Belt Used? | Age | Child Restraint Used? | Injury? |
|---|---|---|---|---|---|
| #1 | | ☐ YES ☐ NO | | ☐ YES ☐ NO | None or describe below |
| #2 | | ☐ YES ☐ NO | | ☐ YES ☐ NO | None or describe below |
| #3 | | ☐ YES ☐ NO | | ☐ YES ☐ NO | None or describe below |
| #4 | | ☐ YES ☐ NO | | ☐ YES ☐ NO | None or describe below |

IF MORE THAN 4 PASSENGERS WRITE IN THE REQUIRED INFORMATION FOR EACH ADDITIONAL PASSENGER ON BACK