| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>Post Office Box 2980<br>Colorado Springs, CO  80901<br>(719) 448-7700 | **EFILED Document**<br>**CO El Paso County District Court 4th JD**<br>**Filing Date: May 08 2013 07:51AM MDT**<br>**Filing ID: 52172911**<br>**Review Clerk: Christine Davis** |
| Plaintiff: Goodman, Kimberly<br><br>Vs.<br><br>Defendant: State Farmy Mutual Auto Insurance Co | ▲ COURT USE ONLY ▲<br>_____<br><br>Case No. 13CV2066<br><br>Division: 9<br><br>Courtroom: s503 |
| **ORDER REGARDING SERVICE OF PROCESS** ||

THIS MATTER comes before the Court on *sua sponte* review following filing.

Plaintiff(s) is directed to obtain service of process in this action within 30 days of the date of this Order.

Plaintiff(s) is to seek entry of default judgment or dismiss claims as to any party served with process that has not filed a responsive pleading within 45 days of service. Consequently, Plaintiff(s) is not to agree to extensions of time to respond to the Complaint that would exceed this 45 day limit.

Failure to comply with the deadlines established in this Order constitutes a failure to prosecute this action diligently and is grounds to dismiss this action without prejudice. Actions dismissed pursuant to the terms of this Order will not be subject to reinstatement as an active case unless relief from this Order is permitted by, and is granted in

accordance with, the Colorado Rules of Civil Procedure. *See generally* C.R.C.P. 59 and 60 (stating limited grounds for seeking relief from judgments or orders).

All parties represented by counsel are directed to serve a copy of this Order on *pro se* litigants without delay.

DONE and ORDERED this 8 day of May, 2013

BY THE COURT:

_____
Timothy J. Schutz
DISTRICT COURT JUDGE