# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

**Civil Action No.**   13-cv-01376-WJM-MJW            FTR - Courtroom A-502

**Date:**   December 11, 2013                          Courtroom Deputy, Ellen E. Miller

| *Parties* | *Counsel* |
|---|---|
| KIMBERLY GOODMAN, | Patric J. LeHouillier |
| Plaintiff(s), | |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | Craig W. Cain |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **TELEPHONIC  MOTION  HEARING**
**Court in Session:**   9:01 a.m.
Court calls case.  Appearances of counsel.

The Court raises Defendant's Motion to Compel [ Docket No. 26, filed November 18, 2013 / Docket No. 25 Restricted Level 1] for argument.

The Defendant's motion addresses three specific areas which it wishes to be heard.

Argument by Mr. Cain.
Argument by Mr. LeHouillier

**It is ORDERED:**   Defendant's   MOTION TO COMPEL [Docket No. **26**, filed November 18, 2013 / Docket No. 25 Restricted Level 1] is   **GRANTED**   as set forth on the record.

Motion to remain Restricted Access Level 1.

Hearing concluded.
**Court in recess:**   9:30 a.m.
Total In-Court Time 00:29

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.