**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Case No. 13-cv-1376-WJM-MJW

KIMBERLY GOODMAN

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS**
**PLAINTIFF'S FIRST CLAIM FOR RELIEF**

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss Plaintiff's First Claim for Relief with Prejudice, filed May 28, 2014 (ECF No. 108). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. Plaintiff's First Claim for Relief (Alleged Breach of Contract) against Defendant State Farm Mutual Automobile Insurance Company is hereby DISMISSED WITH PREJUDICE. Each party shall pay her or its own related attorney's fees and costs.

It is FURTHER ORDERED that Plaintiff's Second Claim (Alleged Bad Faith Breach of Insurance Contract) and Plaintiff's Third Claim for Relief (Alleged Statutory Damages) against Defendant remain pending before this Court.

Dated this 28th day of May, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge