IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 13-cv-01376-WJM-MJW

KIMBERLY GOODMAN,

    Plaintiff

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

    Defendant

## JOINT NOTICE OF SETTLEMENT

Plaintiff Kimberly Goodman and Defendant State Farm Mutual Automobile Insurance Company, by and through their respective counsel of record, and consistent with this Court's Order (Doc. 124) and the Notice of Settlement filed December 12, 2014 (Doc. 123) by Plaintiff (signed by Plaintiff's counsel) and the Notice of Settlement also filed on December 12, 2014 (signed by Defendant's counsel), gives notice of the settlement of all remaining claims in this matter, as follows:

1. A Settlement Agreement has been reached by all parties.

2. A meeting of the minds has been reached as to all material terms of the Settlement Agreement.

3. The Settlement Agreement finally and fully resolves all remaining claims in this action.

Respectfully submitted this 15th day of December, 2014.

LeHOUILLIER & ASSOCIATES, P.C.

Patric J. LeHouillier, Esq.
455 E. Pikes Peak, Suite 103
Colorado Springs, CO 80903
(719) 471-1330
*Attorneys for Plaintiff Kimberly Goodman*

CAIN & WHITE, LLP

Craig W. Cain, Esq.
Jennifer L. White, Esq.
1555 Quail Lake Loop, Suite 100
Colorado Springs, CO 80906
(719) 575-0010
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to Fed.R.Civ.P. 5, on this 15th day of December, 2014, a true and correct copy of the above and foregoing **JOINT NOTICE OF SETTLEMENT** was served, via ECF, upon the following:

Patric J. LeHouillier, Esq.
LeHouillier & Associates, P.C.
455 E. Pikes Peak, Suite 103
Colorado Springs, CO 80903
*Attorneys for Plaintiff*

Gordon L. Beck, Paralegal