**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-1376-WJM-MJW

KIMBERLY GOODMAN

      Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

      Defendant.

---

## ORDER GRANTING STIPULATED MOTION TO DISMISS

---

      This matter comes before the Court on the Parties' Stipulated Motion to Dismiss, filed December 30, 2014 (ECF No. 128).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

      The Parties' Stipulated Motion to Dismiss is GRANTED.  The above-captioned action is hereby DISMISSED WITH PREJUDICE.  Each party shall pay her or its own attorney's fees and costs.

      Dated this 30th day of December, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge